UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 19-4415-GW-KS                                                                 Date: October 1, 2020

Title    _Michael Waring v. Geodis Logistics LLC et al._

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER RE VACATING HEARINGS RE: PLAINTIFF'S JOINT DISCOVERY STIPULATION TO COMPEL DEPOSITIONS [Dkt No. 131] and DEFENDANTS' MOTION FOR SANCTIONS [Dkt No. 133] AND ORDER TO SHOW CAUSE**

Counsel are notified that, on the Court's own motion, all pending hearings scheduled for ***Wednesday, October 7, 2020*** are vacated because the parties filed both the Stipulation (Dkt. No. 131) and Defendant's Motion for Sanctions (Dkt. No. 133) after the March 23, 2020 discovery cut-off.  (*See* Dkt. No. 23.)  The Magistrate Judge cannot resolve discovery disputes after the close of discovery unless the presiding district judge grants an extension of the discovery period set in his/her Scheduling Order.  In addition, the parties failed to comply with the Court's pre-motion discovery procedures.  *See*  http://www.cacd.uscourts.gov/honorable-karen-l-stevenson (last visited October 1, 2020).

Accordingly, **IT IS HEREBY ORDERED that Plaintiff and Defendant shall show cause, no later than October 7, 2020, why the Joint Stipulation and Motion for Sanctions should not be stricken as untimely.**  To discharge this Order, on or before October 7, 2020, the parties shall submit evidence that the March 23, 2020 discovery cutoff date was extended *prior to* the filing of the motions, such that the Joint Stipulation and/or Motion for Sanctions were timely when filed.  Failure to comply with this Order will result in the Court striking the Joint Stipulation and/or the Motion for Sanctions

IT IS SO ORDERED.

:

**Initials of Preparer**    gr